# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CUONG TAN HUYNH, : | |
| Petitioner, : | |
| : | CIVIL ACTION 10-0538-CG-M |
| v. : | CRIMINAL ACTION 05-00299-CG-M |
| UNITED STATES OF AMERICA, : | |
| Respondent. : | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition for writ of habeas corpus is **DENIED** and that this action is hereby **DISMISSED**. Furthermore, the Court finds that Petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 2nd day of September, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE